Of Counsel:

BAYS LUNG ROSE & HOLMA

| | |
|---|---|
| HARVEY J. LUNG | 2991-0 |

*hlung@legalhawaii.com*
Attorney at Law
A Law Corporation

| | |
|---|---|
| SARAH M. LOVE | 8582-0 |

*slove@legalhawaii.com*
Attorney at Law
A Law Corporation

| | |
|---|---|
| JOHN D. FERRY III | 9143-0 |

*jferry@legalhawaii.com*
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawai`i  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

Attorneys for Defendant
HGHK INTERNATIONAL CO., LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| A.K. NGAI, INC., | ) CIVIL NO. 15-00356 LEK/KSC |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) FINDINGS AND |
| vs. | ) RECOMMENDATION TO GRANT |
| | ) DEFENDANT HGHK |
| XU YONG'AN aka MR. HSU, a | ) INTERNATIONAL CO., LIMITED'S |
| citizen of and an individual residing | ) PETITION FOR DETERMINATION |
| in the People's Republic of China; | ) THAT SETTLEMENT IS IN GOOD |
| MRS. XU YONG'AN aka | ) FAITH (CM/ECF # 72) |
| MRS. VIVIAN HSU aka VIVIAN | ) |
| HSU, a citizen of and an individual | ) Date:    March 15, 2018 |
| residing in the People's Republic of | ) Time:    9:30 a.m. |

542954-1

| | |
|---|---|
| China; WEIQUN DU aka BILL DU, a citizen of and an individual residing in the People's Republic of China; KATHY FAN, an individual residing in Canada; THE HENGDIAN GROUP, a Chinese conglomerate with headquarters in Hengdian, People's Republic of China; HGHK INTERNATIONAL CO., LIMITED, a Hong Kong private limited company; HDGA CORPORATION, a California corporation; DOE DEFENDANTS 1-50, inclusive,<br><br>　　　　　　　Defendants. | Judge:  Magistrate Kevin S.C. Chang<br><br>Trial Date:  September 12, 2017<br>Trial Judge:  Leslie E. Kobayashi |

## FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT HGHK INTERNATIONAL CO., LIMITED'S PETITION FOR DETERMINATION THAT SETTLEMENT IS IN GOOD FAITH

Defendant HGHK International Co., Limited's ("HGHK") Petition Determination That Settlement Is In Good Faith ("Petition for Good Faith Settlement") dated January 26, 2018, came on for hearing on March 15, 2018, at 9:30 a.m., before the Honorable Magistrate Judge Kevin S.C. Chang, with Anna H. Oshiro, Esq. appearing for Plaintiffs, Harvey J. Lung, Esq. and Sarah M. Love, Esq. appearing for Defendant HGHK, and Leah M. Reyes, Esq. appearing on behalf of CR Construction Inc. and Christian M. Rodriguez, and the Court having heard the arguments, having reviewed and considered the memoranda, declarations, and other documents filed herein, and having been otherwise fully advised in the premises, and good cause appearing therefore,

2

542954-1

IT IS FOUND AND RECOMMENDED that the Petition for Good Faith Settlement be GRANTED. The Court finds, after considering the factors set forth in *Troyer v. Adams* and the totality of the circumstances present in this case, and having served as the settlement Judge and having reviewed the essential terms of the settlement, that the settlement was reached in good faith over CR Construction, Inc. and Christian Rodriguez's objection.

The Court further finds that:

(1) the settlement reached between A.K. Ngai, Inc., Anthony K. Ngai, Xu Yong'An, Mrs. Xu Yong'An, Weiqun Du, Kathy Fan, HGHK International Co., Limited, The Hengdian Group, HDGA Corporation and Catlin Specialty Insurance Company, as memorialized in the Settlement Agreement with the effective date of May 30, 2017 ("Settlement") was made in good faith pursuant to Hawaii Revised Statutes § 663-15.5;

(2) any other joint tortfeasor or co-obligor not a party to the Settlement is barred from asserting any further claims against A.K. Ngai, Inc., Anthony K. Ngai, Xu Yong'An, Mrs. Xu Yong'An, Weiqun Du, Kathy Fan, HGHK International Co., Limited, The Hengdian Group, HDGA Corporation and Catlin

542954-1

Specialty Insurance Company, except for those based on a written indemnity obligation; and

(3) any and all cross claims by any other joint tortfeasor or co-obligor not a party to the Settlement against A.K. Ngai, Inc., Anthony K. Ngai, Xu Yong'An, Mrs. Xu Yong'An, Weiqun Du, Kathy Fan, HGHK International Co., Limited, The Hengdian Group, HDGA Corporation and Catlin Specialty Insurance Company are barred, except for those based on a written indemnity obligation.

DATED:  Honolulu, Hawaii, April 16, 2018.




Kevin S.C. Chang
United States Magistrate Judge

---

*A.K. Ngai, Inc.. vs. Xu Yong'an aka Mr. Hsu, et al.*, Civil No. 15-00356 LEK/KSC; FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT HGHK INTERNATIONAL CO., LIMITED'S PETITION FOR DETERMINATION THAT SETTLEMENT IS IN GOOD FAITH (CM/ECF # 72)

APPROVED AS TO FORM:


/s/  Anna H. Oshiro
ANNA H. OSHIRO
Attorney for Plaintiff A.K. Ngai, Inc.


APPROVED AS TO FORM:


/s/  Leah M. Reyes
LEAH M. REYES
Attorney for CR Construction Inc.
and Christian M. Rodriguez


---

*A.K. Ngai, Inc.. vs. Xu Yong'an aka Mr. Hsu, et al.*, Civil No. 15-00356 LEK/LSC; ORDER GRANTING DEFENDANT HGHK INTERNATIONAL CO., LIMITED'S PETITION FOR DETERMINATION THAT SETTLEMENT IS IN GOOD FAITH (CM/ECF # 72)

5

542954-1