IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| A.K. NGAI, INC., | ) | CIV NO. 15-00356 LEK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| XU YONG'AN aka MR. HSU, a | ) | |
| citizen of and an individual residing | ) | |
| in the People's Republic of China, | ) | |
| MRS. XU YONG'AN aka MRS. | ) | |
| VIVIAN HSU aka VIVIAN HSU, a | ) | |
| citizen of and an individual residing | ) | |
| in the People's Republic of China; | ) | |
| WEIQUN DU aka BILL DU, a citizen | ) | |
| of and an individual residing in the | ) | |
| People's Republic of China; KATHY | ) | |
| FAN, an individual residing in | ) | |
| Canada; THE HENGDIAN GROUP, a | ) | |
| Chinese conglomerate with | ) | |
| headquarters in Hengdian, People's | ) | |
| Republic of China; HGHK | ) | |
| INTERNATIONAL CO., LIMITED, a | ) | |
| Hong Kong private limited company; | ) | |
| HDGA CORPORATION, a California | ) | |
| Corporation, a California corporation; | ) | |
| and DOE DEFENDANTS 1-50, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on

April 16, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant HGHK International Co., Limited's Petition For Determination That Settlement Is In Good Faith (CM/ECF #72)", ECF NO. [96] filed on April 16, 2018 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 7, 2018.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

A.K. NGAI, INC. vs. XU YONG'AN aka MR. HSU et al CIVIL NO. 15-00356 LEK-KSC, Order Adopting Findings And Recommendation